## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| HUGH POSTELL | : | BK. No. 13-19804-mdc |
|         Debtor | : | |
| | : | Chapter No. 13 |
| OCWEN LOAN SERVICING, LLC | : | |
|         Movant | : | |
|     v. | : | |
| HUGH POSTELL | : | |
|         Respondent | : | 11 U.S.C. §362 |
| | : | |

### ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this *16th* day of *November* , 2017, at **PHILADELPHIA**, upon Motion of **OCWEN LOAN SERVICING, LLC** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 5050 CHANCELLOR STREET, PHILADELPHIA, PA 19139 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

*Magdeline D. C*

MAGDELINE D. COLEMAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE
(TRUSTEE)
1234 Market Street, Suite 1813
Philadelphia, PA 19107

HUGH POSTELL
5050 CHANCELLOR STREET
PHILADELPHIA, PA 19139

JOHN R. CRAYTON, ESQUIRE
33 WEST SECOND STREET
MOORESTOWN, NJ 08057

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107