United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-19804-mdc
Hugh Postell                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Nov 17, 2017
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2017.
db             +Hugh Postell,    5050 Chancellor Street,    Philadelphia, PA 19139-4231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2017 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    OCWEN LOAN SERVICING, LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing, LLC (Except In Me, Nh, Ri Or Orleans Parish, LA, et al. paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
      JOHN R. CRAYTON    on behalf of Debtor Hugh  Postell jcrayton@verizon.net, nydia.ramirez@verizon.net
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ocwen Loan Servicing, LLC (Except In Me, Nh, Ri Or Orleans Parish, LA, et al. paeb@fedphe.com
      THOMAS I. PULEO    on behalf of Creditor    OCWEN LOAN SERVICING, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ocwen Loan Servicing, LLC pa.bkecf@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                            TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| HUGH POSTELL | : BK. No. 13-19804-mdc |
|     Debtor | : |
| | : Chapter No. 13 |
| OCWEN LOAN SERVICING, LLC | : |
|     Movant | : |
|   v. | : |
| HUGH POSTELL | : |
|     Respondent | : 11 U.S.C. §362 |
| | : |

### ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this _16th_ day of _November_, 2017, at **PHILADELPHIA**, upon Motion of **OCWEN LOAN SERVICING, LLC** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 5050 CHANCELLOR STREET, PHILADELPHIA, PA 19139 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_Magdeline D. C_____
MAGDELINE D. COLEMAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE
(TRUSTEE)
1234 Market Street, Suite 1813
Philadelphia, PA 19107

HUGH POSTELL
5050 CHANCELLOR STREET
PHILADELPHIA, PA 19139

JOHN R. CRAYTON, ESQUIRE
33 WEST SECOND STREET
MOORESTOWN, NJ 08057

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107