UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Hugh Postell | : | Chapter 13 |
| | : | |
| DEBTOR | : | Case No.: 13-19804 |

PRAECIPE TO WITHDRAWAL DOCUMENT

TO THE CLERK:

    Please withdrawal the Motion to Reconsider the Order Modifying the Automatic Stay filed on or about December 22, 2017.

Date: January 29, 2018         BY: /s/ Brad J. Sadek, Esquire

                                                                 Attorney for Debtor