United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-19804-mdc
Hugh Postell                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: May 16, 2018
                              Form ID: 138NEW         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2018.
```
db              +Hugh Postell,   5050 Chancellor Street,   Philadelphia, PA 19139-4231
cr              +OCWEN LOAN SERVICING LLC,   ROBERTSON, ANSCHUTZ, SCHNEID, P.L.,   6409 CONGRESS AVE,
                  SUITE 100,   BOCA RATON, FL 33487-2853
13186536         GMAC Mortgage Corp.,   P.O. Box 4622,   Waterloo, IA 50704-4622
13219267        +John R. Crayton, Esquire,   33 West Second Street,   Moorestown, NJ 08057-2457
13186537        +KML Law Group, P.C.,   701 Market St., Ste. 5000,   Philadelphia, PA 19106-1541
13244733        +Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Department,   1100 Virginia Drive, Suite 175,
                  Fort Washington, PA 19034-3278
13204872        +PHILA GAS WORKS,   800 W MONTGOMERY AVE,3F,   PHILA, PA 19122-2898,   ATTN: BANKRUPTCY UNIT
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov May 17 2018 02:23:30     City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2018 02:22:25
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2018 02:22:56    U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13186573*        GMAC Mortgage Corp.,   P.O. Box 4622,   Waterloo, IA 50704-4622
13186574*       +KML Law Group, P.C.,   701 Market St., Ste. 5000,   Philadelphia, PA 19106-1541
                                                                                        TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    OCWEN LOAN SERVICING, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Debtor Hugh   Postell brad@sadeklaw.com,   bradsadek@gmail.com
              JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing, LLC (Except In Me, Nh, Ri Or
               Orleans Parish, LA, et al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              JOHN R. CRAYTON    on behalf of Debtor Hugh   Postell jcrayton@verizon.net,
               nydia.ramirez@verizon.net
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ocwen Loan Servicing, LLC (Except In Me, Nh, Ri Or
               Orleans Parish, LA, et al. paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    OCWEN LOAN SERVICING, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Hugh Postell
    Debtor(s)

Bankruptcy No: 13–19804–mdc
Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 5/16/18

43 – 42
Form 138_new