Certificate Number: 03088-PAE-DE-031077243

Bankruptcy Case Number: 13-19804



03088-PAE-DE-031077243

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 23, 2018</u>, at <u>9:58</u> o'clock <u>AM CDT</u>, <u>Hugh C Postell</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>May 23, 2018</u>          By:    <u>/s/Kelly M. Overton</u>

                                                           Name:  <u>Kelly M. Overton</u>

                                                           Title:   <u>Counselor</u>