*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                  : Chapter 13

Hugh Postell                                                                    : Case No. 13–19804–mdc
      Debtor(s)

### ORDER
_____

    AND NOW, this day , June 25,2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                                         By The Court

                                                         Magdeline D. Coleman
                                                         Judge , United States Bankruptcy Court