United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Hugh Postell  
     Debtor

Case No. 13-19804-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Jun 25, 2018  
                            Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.  
db         +Hugh Postell,   5050 Chancellor Street,   Philadelphia, PA 19139-4231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2018 at the address(es) listed below:

        ANDREW F GORNALL   on behalf of Creditor   OCWEN LOAN SERVICING, LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        BRAD J. SADEK   on behalf of Debtor Hugh  Postell brad@sadeklaw.com,  bradsadek@gmail.com  
        JEROME B. BLANK   on behalf of Creditor   Ocwen Loan Servicing, LLC (Except In Me, Nh, Ri Or Orleans Parish, LA, et al. paeb@fedphe.com  
        JEROME B. BLANK   on behalf of Creditor   Ocwen Loan Servicing, LLC paeb@fedphe.com  
        JOHN R. CRAYTON   on behalf of Debtor Hugh  Postell jcrayton@verizon.net, nydia.ramirez@verizon.net  
        JOSEPH ANGEO DESSOYE   on behalf of Creditor   Ocwen Loan Servicing, LLC (Except In Me, Nh, Ri Or Orleans Parish, LA, et al. paeb@fedphe.com  
        THOMAS I. PULEO   on behalf of Creditor   OCWEN LOAN SERVICING, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        THOMAS YOUNG.HAE SONG   on behalf of Creditor   Ocwen Loan Servicing, LLC paeb@fedphe.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                          TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Hugh Postell : Case No. 13−19804−mdc

    Debtor(s)

## *ORDER*
_____

AND NOW, this day , June 25,2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

50
Form 195